

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00204-CR

Jose Angel **RUIZ**,
Appellant

v.

The **STATE OF TEXAS**,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR4248A
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the portion of the judgment of conviction for a first-degree felony pursuant to section 22.04(e) in counts III, IV, V, VI, VIII, and VIII is **MODIFIED** to remove the first-degree felony conviction and statutory section 22.04(e) and replace with the correct conviction for a third-degree felony Injury to a Child-BI, pursuant to section 22.04(f). The judgment is **AFFIRMED** in all other respects.

SIGNED March 19, 2025.

_____
Velia J. Meza, Justice